In the Matter of ELIZABETH CONNELL, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

GUSTAVE LEVENTHAL v. NORTH BRITISH AND MERCANTILE INSURANCE COMPANY, Impleaded with LEO LEVY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

In the Matter of BEL B. PURDY, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

WILLIAM G. WILSON v. FLORENCE M. CHRISTAL.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

KARL W. WEHN v. LEON TREBOUL.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

D. TABACHNICK & COMPANY, INC., v. F. C. LINDE COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ALFRED PALMER v. WALTER J. BURKE GARAGE COMPANY., INC., and Others.— Application granted upon plaintiff's filing stipulation required by order. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

LUANA CORPORATION v. DAVID GUMBINER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

EDWARD WETTER v. WALTER RUSSELL.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

ALEXANDER G. HARRIS v. BLACK AND WHITE CAB COMPANY, INC.— Application denied, with ten dollars costs. Order signed.— Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JAMES MARTIN v. LOUIS J. NUNNALLY. (2 cases.) — Applications denied, with ten dollars costs. Orders signed. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

HERMAN L. EDGAR and Others v. RHINELANDER WALDO and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

HERBERT S. SISSON, as State Commissioner, v. WILLIAM TODD, Impleaded. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.